Jesus Ramos JG5518
Sci Somerset P.A 15510
1600 Walter mill RD

Distri
the EAS
P.A 601
Phila P

**PRIORITY MAIL** ★ **TRACKED ★★★ INSURED**
UNITED STATES POSTAL SERVICE
For Domestic and International Use    Label 107, May 2014

U.S.M.S. X-RAY