**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                              :
JESUS RAMOS,                           :        CIVIL ACTION
                       Petitioner,     :
         v.                            :        NO. 18-4920
                                              :
MELISSA HAINSWORTH, et al.,            :
                    Respondents.  :
_____:

## ORDER

**AND NOW**, this   5th   day of May, 2020, upon consideration of the

Respondents' Unopposed Motion for Extension of Time to File the Response to the

Amended Petition (Dkt. No. 26) filed on April 20, 2020,

   **IT IS ORDERED** that the Motion is **GRANTED** and the Response to the

Amended Petition shall be filed on or before *June 19, 2020*.


                          BY THE COURT:



                           _/s/ Henry S. Perkin_____
                          HENRY S. PERKIN
                          UNITED STATES MAGISTRATE JUDGE