# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS RAMOS, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 18-4920 |
| | : | |
| MELISSA HAINSWORTH, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 6th day of July, 2020, upon consideration of the Respondents' Unopposed Motion for Extension of Time to File the Response to the Amended Petition (Dkt. No. 28) filed on June 19, 2020,

**IT IS ORDERED** that the Motion is **GRANTED** and the Response to the Amended Petition shall be filed on or before *August 3, 2020*.

BY THE COURT:

__/s/ Henry S. Perkin_____
HENRY S. PERKIN
United States Magistrate Judge