## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESUS RAMOS,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-4920** |
| : | |
| **MELISSA HAINSWORTH,** *et al.,* : | |
| Respondents. : | |

## ORDER

**AND NOW**, this day of 7th December, 2021, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid to which no objections have been filed, **IT IS ORDERED** that:

1. The Report and Recommendation [Doc. 38] is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

                               **BY THE COURT:**


                               /s/ Jeffrey L. Schmehl
                               **JEFFREY L. SCHMEHL, J.**